## UNITED STATES DISTRICT COURT
## NORTHERN DISTRI 08CV1136
## JUDGE LEFKOW
## Civil Cove MAG.JUDGE SCHENKIER

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** South Beach Securities, Inc

**County of Residence:**

**Plaintiff's Atty:**

**Defendant(s):**

**County of Residence:**

**Defendant's Atty:**

**II. Basis of Jurisdiction:** 1. U.S. Gov't Plaintiff

**III. Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:- N/A
Defendant:- N/A

F I L E D

FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 422 Appeal 28 USC 158

**VI. Cause of Action:** Notice of Appeal