# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1136 | **DATE** | 3/6/2008 |
| **CASE TITLE** | In Re: South Beach Securities, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Joint oral motion to consolidate cases is granted.  Case Nos. 08 C 1136 and 08 C 1137 are consolidated for all purposes with Case No. 08 C 1135, which shall be the lead case.  Any and all further filings under Case Nos. 08 C 1136 and 08 C 1137 shall be made under Case No. 08 C 1135.  All documents designated in the previous appeal (Case No. 07 C 6532) shall be included in the record for this appeal.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|