## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1136 | **DATE** | 6/3/2008 |
| **CASE TITLE** | In Re: South Beach Securities, Inc. | | |

**DOCKET ENTRY TEXT**

Motion of Appellant Scattered Corporation to vacate order dismissing consolidated case and reinstating case in Case No. 08 C 1135 [26] is granted. The order of 5/16/2008 is vacated and Case Nos. 08 C 1135 and 08 C 1136 are reinstated. Case No. 08 C 1136 is consolidated with Case No. 08 C 1135, which shall be the lead case. Any and all further filings under Case No. 08 C 1136 shall be made under Case No. 08 C 1135. Reply to the brief of U.S. Trustee shall be due by 6/27/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|